IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00529-RPM

MICHAEL A. ZIMMER,

    Plaintiff,

v.

BRIDGESTONE AMERICAS HOLDING/BRIDGESTONE FIRESTONE/ARVADA,
a/k/a BFS RETAIL AND COMMERCIAL OPERATIONS, LLC,

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **May 14, 2010, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on May 6, 2010.**

    The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

    Dated: March 17th, 2010

                                                     BY THE COURT:

                                                     s/Richard P. Matsch

                                                     _____

                                                     Richard P. Matsch, Senior District Judge