IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00529-RPM

MICHAEL A. ZIMMER,

    Plaintiff,

v.

BRIDGESTONE AMERICAS HOLDING/BRIDGESTONE FIRESTONE/ARVADA,
a/k/a BFS RETAIL AND COMMERCIAL OPERATIONS, LLC,

    Defendants.

---

ORDER STAYING PROCEEDINGS AND VACATING SCHEDULING CONFERENCE

---

    Pursuant to the Joint Motion to Stay Proceedings and Vacate Order Setting Scheduling Conference [7], it is

    ORDERED that the motion is granted and this case is stayed pending arbitration. It is

    FURTHER ORDERED that the May 14, 2010, scheduling conference and the May 6, 2010, deadline for submitting a proposed scheduling order are vacated.

    Dated:   May 3rd, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge