IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00529-RPM

MICHAEL A. ZIMMER,

     Plaintiff,

v.

BRIDGESTONE AMERICAS HOLDING/BRIDGESTONE FIRESTONE/ARVADA,
a/k/a BFS RETAIL AND COMMERCIAL OPERATIONS, LLC,

     Defendants.

## ORDER FOR STATUS REPORT

On May 3, 2010, an order entered granting a motion to stay this case pending arbitration.  It is now

ORDERED that on or before February 25, 2011, the parties shall file a status report.

Dated:   February 15, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge