**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-00529-RPM

MICHAEL A. ZIMMER,

    Plaintiff,

v.

BRIDGESTONE AMERICAS HOLDING/BRIDGESTONE FIRESTONE/ARVADA, a/k/a BFS RETAIL AND COMMERCIAL OPERATIONS, LLC,

    Defendant.

_____

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

    Pursuant to the Joint Stipulation of Dismissal with Prejudice [11], it is

    ORDERED that the above-captioned case be, and hereby is, dismissed with prejudice in its entirety, each party to bear their own costs, expenses, and attorneys' fees.

    DATED: May 27th, 2011

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge